

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **DONALD BRATTON AND DONALD MALLARD, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JERVIE MALLARD, SR., DECEASED,** | § § § § § § | |
| **Plaintiffs** | § § | |
| vs. | § § | CIVIL ACTION NO: _____ |
| **UNION PACIFIC RAILROAD COMPANY; PASTOR, BEHLING & WHEELER, LLC; AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** | § § § § § § | |
| **Defendants** | § | |

**Defendant Pastor, Behling & Wheeler, LLC's Consent to Removal**

Pursuant to 28 U.S.C. § 1446(b)(2), Defendant Pastor, Behling & Wheeler, LLC consents to Defendant Union Pacific Railroad Company's removal of this case, Cause No. 2021-30439, from the 270th Judicial District Court of Harris County, Texas to this Court.

Signed July 2, 2021.

*/s/ Don Jackson*
Don Jackson
WARE, JACKSON, LEE,
O'NEILL, SMITH & BARROW, LLP
Counsel for Defendant
Pastor, Behling & Wheeler, LLC