10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DONALD BRATTON AND DONALD MALLARD, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF JERVIE MALLARD, SR., DECEASED,** § § § § § § | |
| **Plaintiffs** § § | |
| vs. § § | CIVIL ACTION NO: _____ |
| **UNION PACIFIC RAILROAD COMPANY; PASTOR, BEHLING & WHEELER, LLC; AND ENVIRONMENTAL RESOURCES MANAGEMENT SOUTHWEST, INC.,** § § § § § § § | |
| **Defendants** § | |

**Defendant Environmental Resources Management Southwest, Inc.'s Consent to Removal**

Pursuant to 28 U.S.C. § 1446(b)(2), Defendant Environmental Resources Management Southwest, Inc. consents to Defendant Union Pacific Railroad Company's removal of this case, Cause No. 2021-30439, from the 270th Judicial District Court of Harris County, Texas to this Court.

Signed July 2, 2021.

/s/ Franz Michael Stenglein
Franz Michael Stenglein
Attorney In Charge
Texas Bar No. 00791729
Edward F. Fernandes
Texas Bar No. 06932700
**KING & SPALDING LLP**
500 W. 2nd Street
Austin, Texas 78701
Telephone:  512.457.2000
Fax: 512.457.2100

mstenglein@kslaw.com
efernandes@kslaw.com

-and-

Elizabeth Robertson Taber
Texas Bar No. 24060502
S.D. Tex. Fed. ID No. 1402483
Mitchell B. Bryant
Texas Bar No. 24103534
**KING & SPALDING LLP**
1100 Louisiana, Suite 4100
Houston, Texas 77002
Telephone: 713.751.3200
Fax: 713.751.3290
etaber@kslaw.com
mbbryant@kslaw.com

***ATTORNEYS FOR DEFENDANT
ENVIRONMENTAL RESOURCES
MANAGEMENT SOUTHWEST, INC.***