United States District Court
Southern District of Texas

**ENTERED**
August 02, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:21-cv-02165 |
|---|---|---|---|

Donald Bratton, et al.
Plaintiff

*versus*

Union Pacific Railroad Company, et al.
Defendant

| | |
|---|---|
| Lawyer's Name | Elena A. Knezek |
| Firm | Knezek Law |
| Street | 95 Wood Crossing, Ste. 100 |
| City & Zip Code | Lafayette, LA 70508 |
| Telephone & Email | (337) 266-2233   elena@knezeklaw.com |
| Licensed: State & Number | LA Bar #26787 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Union Pacific Railroad Company |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/19/2021 | Signed: *(signature)* |
|---|---|

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 07/27/2021 | Clerk's signature   /s/ Jennelle Gonzalez |

**Order**

This lawyer is admitted *pro hac vice*.

*(signature)*
United States District Judge

Dated: 08/02/2021